JUNIOR CIRILO CASTRO RODREGUEZ
L.S.C.I. ALLENWOOD
BOX 1000
WHITE DEER, PA. 17887-1000

November 8, 2000

IN THE UNITED STATES DISTRICT OCURT
FOR THE SOUTHERN DISTRICT OF TEXAS
P.O. BOX 61010
HOUSTON, TEXAS 77008

RE: **USA V. JUNIOR CIRILO CASTRO RODRIGUEZ**
    1:00CR00004-002
    [HILDA G. TAGLE, USDJ]

Dear Judge Tagle:

> United States District Court
> Southern District of Texas
> FILED / received
> DEC 08 2000  2:09 pm
> Michael N. Milby, Clerk of Court

> United States District Court
> Southern District of Texas
> FILED
> DEC 1 8 2000
> Michael N. Milby
> Clerk of Court

C.A. B-00 —
B-00-191

On June 16, 2000 I was sentenced in your court to serve a sentence of 121 months.

After I was sentenced I requested of my attorney, Mr. Mauro Barreiro, of 3603 W. Alberta Road, Edingburg, Texas to appeal my conviction.

Since my last day in Court I have not heard from my attorney nor the District Court on my direct appeal. I wrote to Mr. Barrerio on October 18, 2000 (copy attached) in which I asked him the status of my appeal, and to send me copies of my sentencing minutes, the district court's J&C, a copy of my request and notice of appeal of my conviction, and a up-dated copy of my docket sheet. As you can see from the letter I also sent a copy to the Clerk of Court.

Judge, I have heard not a word about about my appeal, or received any court documents that I have requested from my attorney.

I respectfully come to your Honor to make you aware of this situation, and hope that the Court could move either my attorney or the clerks office to respond to my letter and tell me the status of my direct appeal , and also send to me

the court papers requested.

   Thank you for your attention and help in this important matter.

Respectfully submitted,

*Junior Cirilo Castro Rodriguez*

Junior Cirilo Castro Rodriguez
LSCI Allenwood
Box 1000
White Deer, Pa. 17887-1000

Dated November 8, 2000

CC: ~~Clerk Of Court~~
  Mr. Mauro Barreiro
  A.U.S.A.