# United States District Court

SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

JAN 3 0 2001

Michael N. Milby
Clerk of Court

JUNIOR CIRILO CASTRO RODRIGUEZ

PETITIONER

V.

UNITED STATES OF AMERICA

RESPONDENT

APPLICATION TO PROCEED IN FORMA PAUPERIS, SUPPORTING DOCUMENTATION AND ORDER

CASE NUMBER: CAB-00-191

---

I, JUNIOR CIRILO CASTRO RODRIGUEZ, declare that I am the (check appropriate box)

☒ petitioner/plaintiff   ☒ movant (filing 28 U.S.C. 2255 motion)

☐ respondent/defendant   ☐ _____ other

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

In further support of this application, I answer the following questions.

1. Are you presently employed?                                                    Yes ☐   No ☒

   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

   I BEEN INCARCERATED SINCE 6/16/00

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

   MY LAST DATE IN WHICH I WAS WORKING 1/1/00

2. Have you received within the past twelve months any money from any of the following sources?

   | | Yes | No |
   |---|---|---|
   | a. Business, profession or other form of self-employment | ☐ | ☒ |
   | b. Rent payments, interest or dividends? | ☐ | ☒ |
   | c. Pensions, annuities or life insurance payments? | ☐ | ☒ |
   | d. Gifts or inheritances? | ☐ | ☒ |
   | e. Any other sources? | ☐ | ☒ |

ClibPDF - www.fastio.com

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

3. Do you own any cash, or do you have money in checking or savings accounts?
   Yes ☐    No ☒    (Include any funds in prison accounts.)
   If the answer is "yes," state the total value of the items owned.

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?
   Yes ☐    No ☒
   If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.
   COMMON LAW WIFE AND CHILD, AGE 5. I DO NOT CONTRIBUTE TO THEIR SUPPORT SINCE I'VE BEEN INCARCERATED.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __1/9/01__          _Junior Cirilo Castro Rodriguez_
             (Date)                    Signature of Applicant

## CERTIFICATE
(Prisoner Accounts Only)

I certify that the applicant named herein has the sum of $ __75.12__ on account to his credit at the __LSCI Allenwood__ institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: _____

I further certify that during the last ~~six~~ 3 months the applicant's average balance was $ __34.70__

_C. Bohait, Acct Tech._
Authorized Officer of Institution

## ORDER OF COURT

| The application is hereby denied | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. |
|---|---|
| United States Judge          Date | United States Judge          Date |
|  | or Magistrate |



# U.S. Department of Justice

Federal Bureau of Prisons

*U.S. Penitentiary, Allenwood*

---

White Deer, PA  17887-3500

*1/19/01*

MEMORANDUM FOR INMATE *Castro Rodriguez Reg 92269-079*

FROM: *C. Bohait*, Financial Management

SUBJECT:  Certification of Financial Information

Attached is the court form that you submitted to our office to be completed and certified.  The certification has been completed. It is your responsibility to forward this document to the applicable court district.

Inmate Name: _Castro-Rodriguez Junior_     Reg. No.: _42269-079_

Date Rec'd in Fin. Mgt.: _1/19/01_     Certified by: _C. Bohart_

Calculations (Attach FPPOS Statement(s)).

| Month | Total Monthly Deposit Amount | Ending Monthly Balance Amount |
|---|---|---|
| 12/00 | 176.32 | 25.47 |
| 11/00 | 107.56 | .70 |
| 10/00 | 160.00 | 77.94 |
| | | |
| | | |
| | | |
| TOTAL | 443.88 | 104.11 |
| Average 3 month balance (divide by ~~six~~ three) | 147.96 | 34.70 |

Date completed and forwarded to the inmate: _1/19/01_

```
                                                ACCOUNT
                                                STATEMENT
                                                DATE 01/19/01
                                                PAGE No.01


                                        Account # 92269079

         RODRIGUEZ-CASTRO, JUNIOR C
         UAG
```

| ----BEGINNING--- | AVAILABLE BALANCE | ENCUMBRANCE BALANCE | OUTSTANDING BALANCE | SPECIAL BALANCE | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| | .00 | .00 | .00 | .00 | .00 |

| INVOICE | TIME | DATE | TRANSACTION DESCRIPTION | AMOUNT | |
|---|---|---|---|---|---|
| DL0559 | 9:56 | 09-28-00 | FUNDS TRANSFERRED IN | 25.94 | 25.94 |
| | | | **** TRANSACTION TOTAL **** | 25.94 | |

| ------ENDING------ | AVAILABLE BALANCE | ENCUMBRANCE BALANCE | OUTSTANDING BALANCE | SPECIAL BALANCE | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| | 25.94 | .00 | .00 | .00 | 25.94 |

ClibPDF - www.fastio.com

ACCOUNT STATEMENT

LSCI ALW LIMITED OFFICIAL USE
POST OFFICE BOX 1500
WHITE DEER, PA. 17887

DATE 01/19/01
PAGE No. 01

Account # 92269079

CASTRO-RODRIGUEZ, JUNIOR C
UAG

| ----BEGINNING---- | AVAILABLE BALANCE | ENCUMBRANCE BALANCE | OUTSTANDING BALANCE | SPECIAL BALANCE | ACCOUNT BALANCE |
|---|---|---|---|---|---|
|  | 25.94 | .00 | .00 | .00 | 25.94 |

| INVOICE | TIME | DATE | TRANSACTION DESCRIPTION | AMOUNT | |
|---|---|---|---|---|---|
| 1AC350 | 20:34 | 09-29-00 | DEPOSIT ITS FUNDS | 10.00- | 15.94 |
| 1B0CAA | 19:39 | 10-03-00 | DEPOSIT ITS FUNDS | 10.00- | 5.94 |
| FCCTRF | 11:13 | 10-05-00 | FUNDS TRANSFERRED IN | 65.00 | 70.94 |
| 1B394B | 19:33 | 10-06-00 | DEPOSIT ITS FUNDS | 5.00- | 65.94 |
| 1B5DD0 | 9:32 | 10-08-00 | DEPOSIT ITS FUNDS | 5.00- | 60.94 |
| 1B6510 | 14:10 | 10-08-00 | DEPOSIT ITS FUNDS | 5.00- | 55.94 |
| 1B7E7A | 19:00 | 10-09-00 | DEPOSIT ITS FUNDS | 5.00- | 50.94 |
| 1BB814 | 17:52 | 10-12-00 | DEPOSIT ITS FUNDS | 10.00- | 40.94 |
| 1BF651 | 15:50 | 10-15-00 | DEPOSIT ITS FUNDS | 5.00- | 35.94 |
| 1C59F2 | 9:32 | 10-21-00 | DEPOSIT ITS FUNDS | 5.00- | 30.94 |
| 1C714A | 10:56 | 10-22-00 | DEPOSIT ITS FUNDS | 10.00- | 20.94 |
| T01596 | 15:06 | 10-23-00 | MONEY ORDER | 65.00 | 85.94 |
| 1C92AC | 23:16 | 10-23-00 | DEPOSIT ITS FUNDS | 5.00- | 80.94 |
| 000069 | 18:11 | 10-24-00 | SALE / REGULAR | 23.00- | 57.94 |
| T01835 | 13:37 | 10-27-00 | MONEY ORDER | 30.00 | 87.94 |
| 1CC812 | 16:38 | 10-27-00 | DEPOSIT ITS FUNDS | 10.00- | 77.94 |
| 000070 | 19:31 | 11-01-00 | SALE / REGULAR | 76.70- | 1.24 |
| 1D4BDA | 17:02 | 11-03-00 | DEPOSIT ITS FUNDS | 1.00- | .24 |
| OCT00P | 10:05 | 11-06-00 | PERFORMANCE PAY | 7.56 | 7.80 |
| T02535 | 11:51 | 11-07-00 | MONEY ORDER | 60.00 | 67.80 |
| 1D9B67 | 16:53 | 11-07-00 | DEPOSIT ITS FUNDS | 10.00- | 57.80 |
| T02552 | 12:36 | 11-08-00 | MONEY ORDER | 30.00 | 87.80 |
| 000093 | 18:50 | 11-08-00 | SALE / REGULAR | 33.05- | 54.75 |
| 1DC124 | 16:43 | 11-09-00 | DEPOSIT ITS FUNDS | 4.00- | 50.75 |
| 1DE376 | 22:25 | 11-10-00 | DEPOSIT ITS FUNDS | 10.00- | 40.75 |
| 1DED07 | 13:33 | 11-11-00 | DEPOSIT ITS FUNDS | 10.00- | 30.75 |
| 1E0978 | 19:08 | 11-12-00 | DEPOSIT ITS FUNDS | 5.00- | 25.75 |
| 000068 | 18:13 | 11-15-00 | SALE / REGULAR | 16.90- | 8.85 |
| 1E3D24 | 18:35 | 11-15-00 | DEPOSIT ITS FUNDS | 2.00- | 6.85 |
| 1E5DF8 | 18:33 | 11-17-00 | DEPOSIT ITS FUNDS | 6.00- | .85 |
| T03360 | 13:17 | 11-21-00 | MONEY ORDER | 40.00 | 40.85 |
| 1EA41A | 16:53 | 11-21-00 | DEPOSIT ITS FUNDS | 5.00- | 35.85 |
| 000085 | 18:21 | 11-21-00 | SALE / REGULAR | 10.15- | 25.70 |
| 1ECCBE | 17:29 | 11-23-00 | DEPOSIT ITS FUNDS | 5.00- | 20.70 |
| 1EE4BB | 19:39 | 11-24-00 | DEPOSIT ITS FUNDS | 5.00- | 15.70 |
| 1EEFE2 | 14:24 | 11-25-00 | DEPOSIT ITS FUNDS | 5.00- | 10.70 |
| 1F033D | 15:14 | 11-26-00 | DEPOSIT ITS FUNDS | 5.00- | 5.70 |
| 1F3892 | 20:46 | 11-29-00 | DEPOSIT ITS FUNDS | 5.00- | .70 |
| T04008 | 14:20 | 12-01-00 | MONEY ORDER | 50.00 | 50.70 |
| 1F51F1 | 16:30 | 12-01-00 | DEPOSIT ITS FUNDS | 10.00- | 40.70 |
| 1F9D09 | 17:25 | 12-05-00 | DEPOSIT ITS FUNDS | 5.00- | 35.70 |

```
                   ACCOUNT
                  STATEMENT
LSCI ALW LIMITED OFFICIAL USE              DATE 01/19/01
POST OFFICE BOX 1500                       PAGE No. 02
WHITE DEER, PA. 17887


                                      Account # 92269079


       CASTRO-RODRIGUEZ, JUNIOR C
       UAG
```

| INVOICE | TIME  | DATE     | TRANSACTION DESCRIPTION | AMOUNT  |        |
|---------|-------|----------|-------------------------|---------|--------|
| 000088  | 18:43 | 12-06-00 | SALE / REGULAR          | 4.05-   | 31.65  |
| 1FB1EE  | 19:00 | 12-06-00 | DEPOSIT ITS FUNDS       | 6.00-   | 25.65  |
| NOV00P  | 8:28  | 12-07-00 | PERFORMANCE PAY         | 16.32   | 41.97  |
| DEC     | 9:00  | 12-07-00 | FIN. RESP. ACT          | 25.00-  | 16.97  |
| 1FE074  | 20:06 | 12-08-00 | DEPOSIT ITS FUNDS       | 6.00-   | 10.97  |
| 1FECEA  | 11:03 | 12-09-00 | DEPOSIT ITS FUNDS       | 2.00-   | 8.97   |
| 2005BB  | 9:59  | 12-10-00 | DEPOSIT ITS FUNDS       | 3.00-   | 5.97   |
| 2039B9  | 18:31 | 12-12-00 | DEPOSIT ITS FUNDS       | 5.00-   | .97    |
| T05098  | 13:51 | 12-18-00 | MONEY ORDER             | 30.00   | 30.97  |
| 20ADED  | 18:21 | 12-18-00 | DEPOSIT ITS FUNDS       | 10.00-  | 20.97  |
| T05364  | 14:00 | 12-19-00 | MONEY ORDER             | 30.00   | 50.97  |
| 000116  | 19:30 | 12-20-00 | SALE / REGULAR          | 34.50-  | 16.47  |
| 20D4F8  | 22:04 | 12-20-00 | DEPOSIT ITS FUNDS       | 6.00-   | 10.47  |
| T05567  | 14:02 | 12-21-00 | MONEY ORDER             | 50.00   | 60.47  |
| 20F7AD  | 18:47 | 12-22-00 | DEPOSIT ITS FUNDS       | 10.00-  | 50.47  |
| 2121F4  | 14:41 | 12-24-00 | DEPOSIT ITS FUNDS       | 10.00-  | 40.47  |
| 215783  | 21:39 | 12-26-00 | DEPOSIT ITS FUNDS       | 10.00-  | 30.47  |
| 21B192  | 15:12 | 12-31-00 | DEPOSIT ITS FUNDS       | 5.00-   | 25.47  |
| 21CA3C  | 16:50 | 01-01-01 | DEPOSIT ITS FUNDS       | 5.00-   | 20.47  |
| 21D3FC  | 22:28 | 01-01-01 | DEPOSIT ITS FUNDS       | 5.00-   | 15.47  |
| DEC01P  | 9:32  | 01-04-01 | PERFORMANCE PAY         | 5.40    | 20.87  |
| 22077F  | 21:19 | 01-04-01 | DEPOSIT ITS FUNDS       | 5.00-   | 15.87  |
| 000095  | 19:22 | 01-05-01 | SALE / REGULAR          | 15.10-  | .77    |
| T06909  | 14:18 | 01-08-01 | MONEY ORDER             | 30.00   | 30.77  |
| 225518  | 17:02 | 01-08-01 | DEPOSIT ITS FUNDS       | 10.00-  | 20.77  |
| 000021  | 11:47 | 01-11-01 | SALE / REGULAR          | 13.65-  | 7.12   |
| 22B71A  | 17:38 | 01-13-01 | DEPOSIT ITS FUNDS       | 7.00-   | .12    |
| T07360  | 13:57 | 01-16-01 | MONEY ORDER             | 100.00  | 100.12 |
| 22ED0F  | 17:04 | 01-16-01 | DEPOSIT ITS FUNDS       | 20.00-  | 80.12  |
| 230CC7  | 17:04 | 01-18-01 | DEPOSIT ITS FUNDS       | 5.00-   | 75.12  |

```
                    **** TRANSACTION TOTAL ****      49.18
```

| ------ENDING------ | AVAILABLE BALANCE | ENCUMBRANCE BALANCE | OUTSTANDING BALANCE | SPECIAL BALANCE | ACCOUNT BALANCE |
|---|---|---|---|---|---|
|   | 75.12 | .00 | .00 | .00 | 75.12 |