4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED / Entered

FEB 07 2001

Michael N. Milby
Clerk of Court
By: _____

JUNIOR CIRILO CASTRO RODRIGUEZ   *

VS                                *       C.A. NO. B-00-191

UNITED STATES OF AMERICA          *       (Cr. No. B-00-004)

## ORDER

Petitioner JUNIOR CIRILO CASTRO RODRIGUEZ' request for a transcript of the sentencing proceedings is hereby **GRANTED**.

The Clerk shall mail a copy of the transcript when said transcript is filed.

DONE at Brownsville, Texas, this 5th day of February 2001.

_____
Felix Recio
United States Magistrate Judge