5

AO 243 (Rev. 5/85)

**MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY**

| United States District Court | District: SOUTHERN DISTRICT OF TEXAS |
|---|---|

| Name of Movant: JUNIOR CIRILO RODRIGUEZ | Prisoner No. 92269-079 | Case No. 1:00CR-00004-002 |
|---|---|---|

Place of Confinement: L.S.C.I. ALLENWOOD, P.O.B. 1000 White Deer, Pa. 17887-1000

B-00-191

| UNITED STATES OF AMERICA | V. | JUNIOR CIRILO RODRIGUEZ |
|---|---|---|

(name under which convicted)

## MOTION

1. Name and location of court which entered the judgment of conviction under attack  U.S. DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS. 600 E. HARRISON, #203, BROWNSVILLE, TX. 78520-7152

2. Date of judgment of conviction  3/15/00 after trial.

3. Length of sentence  121 months.

4. Nature of offense involved (all counts)  21 U.S.C. §§ 846, 841(a)(1) & 841(b)(1)(A) conspiracy to possess, with intent to distribute more than 5 kilograms of cocaine. 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A) & 18 U.S.C. § 2 Possession with intent to distribute approximately 6.5 kilograms of cocaine.

United States District Court
Southern District of Texas
FILED
MAY 29 2001
Michael N. Milby
Clerk of Court

5. What was your plea? (Check one)
   (a) Not guilty  ☒
   (b) Guilty  ☐
   (c) Nolo contendere  ☐

If you entered a guilty plea to one count of indictment, and a not guilty plea to another count or indictment, give details:

Does not apply

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury  ☒
   (b) Judge only  ☐

7. Did you testify at the trial?
   Yes ☐ No ☒

8. Did you appeal from the judgment of conviction?
   Yes ☐ No ☒

(2)

AO 243 (Rev. 5/85)

9. If you did appeal, answer the following:   DOES NOT APPLY

   (a) Name of court _____

   (b) Result _____

   (c) Date of result _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications or motions with respect to this judgment in any federal court?
Yes ☐   No ☒

11. If your answer to 10 was "yes," give the following information:

   (a)(1) Name of court ____DOES NOT APPLY_____

      (2) Nature of proceeding _____
_____

      (3) Grounds raised _____
_____
_____
_____
_____
_____

      (4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐   No ☐   DOES NOT APPLY

      (5) Result _____

      (6) Date of result _____

   (b) As to any second petition, application or motion give the same information:

      (1) Name of court _____

      (2) Nature of proceeding _____
_____

      (3) Grounds raised _____
_____
_____
_____
_____
_____

(3)

AO 243 (Rev. 5/85)

    (4) Did you receive an evidentiary hearing on your petition, application or motion?
        Yes ☐  No ☐      DOES NOT APPLY

    (5) Result_____

    (6) Date of result _____

  (c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
    (1) First petition, etc.    Yes ☐  No ☐
    (2) Second petition, etc.  Yes ☐  No ☐

  (d) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

12. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.

CAUTION: If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.

  For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you based your allegations that you are being held in custody unlawfully.

  Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.
  (a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.
  (b) Conviction obtained by use of coerced confession.

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impanelled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: INEFFECTIVE ASSISTANCE OF COUNSEL BASED ON COUNSEL'S FAILURE TO FILE A TIMELY NOTICE OF APPEAL FOR DEFT.

Supporting FACTS (state briefly without citing cases or law) Petitioner should be permitted to file an appeal out of time. this is the only remedy which would make Petitioner whole, as a result of the prejudice he has suffered as a direct result of his attorney failure to perfect his right to a direct appeal after trial. Petitioner notified his attorney to file an direct appeal of his conviction orally and by letter . Absent an express waiver of the right of appeal his sentence Petitioner has a right of appeal

B. Ground two: INEFFECTIVE ASSISTANCE OF COUNSEL BASED ON COUNSEL'S FAILURE TO INFORM PETITIONER THAT HIS CONVICTION WOULD PLACE HIM IN REMOVAL PROCEEDINGS WITH THE I.N.S. AND THE FAILURE TO CONTINUE TO REPRESENT PETITIONER FOR REMOVAL PROCEEDINGS.

Supporting FACTS (state briefly without citing cases or law):

Petitioner should have been aware that his conviction of Possession and Distribution of drugs automaticly would place Petitioner in removal proceedings with INS. Petitioner's attorney failed to continue his representation at the INS hearings, and failed to seek a (5K2.0) downward departure from the U.S. District Court for voluntary departure.

C. Ground three: INEFFECTIVE ASSISTANCE OF COUNSEL BASED ON COUNSEL'S FAILURE TO REPRESENT PETITIONER UNDER THE CONVENTION AGAINST TORTURE §241(b)(3)(

Supporting FACTS (state briefly without citing cases or law):

Petitioner's attorney failed to represent him at INS hearings in which Petitioner could have requested the granting of deferral of removal ; cancellation of removal as provided for in the Immigration and Nationality Act.

D. Ground four: POST-SENTENCING REHABILITATION THROUGH PETITIONER'S IN PRISON CONDUCT AND REHABILITATION, PURSUANT TO U.S.S.G. 5K2.0

Supporting FACTS (state briefly without citing cases or law): Petitioner prior to sentencing made an effort to self-rehabilitation , Petitioner's counsel failed to raise this issue at sentencing. Petitioner after sentencing has continued in his efforts of self-rehabilitation by taking Adult Continuing Education (ACE) by participating in KEYBOARDING self-study course to develope typing skills for computers and other keyboards.; Petitioner has attended Pre GED classes, a basic study of mathematics, english, reading and writing. He has enrolled in programs to help others, such as Suscide Watch , and other programs in which Petitioner helps others.

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them: DOES NOT APPLY

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
Yes ☐ No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(a) At preliminary hearing MR. MAURO BARREIRO
3603 W. ALBERTA ROAD, EDINGBURG, TEXAS 78539

(b) At arraignment and plea SAME AS ABOVE

(c) At trial SAME AS ABOVE

(d) At sentencing SAME AS ABOVE

(6)

AO 243 (Rev. 5/85)

(e) On appeal _____

_____

(f) In any post-conviction proceeding _____

_____

(g) On appeal from any adverse ruling in a post-conviction proceeding _____

_____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
Yes ☒ No ☐

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐ No ☒

(a) If so, give name and location of court which imposed sentence to be served in the future: _____

_____

_____

(b) Give date and length of the above sentence: _____

_____

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☐ No ☐

Wherefore, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

May 27, 2001
_____
(date)

_____
Signature of Movant

JUNIOR CIRILO RODRIGUEZ, No. 92269-07
LSCI ALLENWOOD
BOX 1000
WHITE DEER, PA. 17887-1000

(7)

## CERTIFICATE OF SERVICE

A TURE COPY OF THIS PETITION (28 U.S.C. § 2255) was sent to the U.S. Attorney's Office located at 600 E. HARRISON STREET, RM 201 BROWNSVILLE, TEXAS 78520-7155, ATT: AUSA MARK M. DOWD. On this 27, day of May, 2001 via first class mail thru the U.S. Postal Service .

_Junior Ciril Castro Rodrig._
Junior Castro Rodriguez
LSCI ALLENWOOD
P.O.BOX 1000
WHITE DEER, PA. 17887-1000

Dated: May 27, 2001