UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 0 6 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| JUNIOR CIRILO RODRIGUEZ | * |
| VS | *   C.A. NO. B-00-191 |
| UNITED STATES OF AMERICA | *   (Cr. No. B-00-004) |

### ORDER

The Government is hereby ORDERED to respond to Petitioner's 28 U.S.C. Section 2255 Motion to Vacate, Set Aside, or Correct Sentence on or before **August 6, 2001**.

DONE at Brownsville, Texas, this 5th day of June 2001.

Felix Recio
United States Magistrate Judge