

United States District Court
Southern District of Texas
FILED

JUL 3 0 2001

Michael N. Milby
Clerk of Court

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | |
|---|---|
| JUNIOR CIRILO CASTRO RODRIGUEZ * | |
| * | |
| vs. * | CIVIL ACTION No. B-00-191 |
| * | (Criminal Case No. B-00-004-02) |
| UNITED STATES OF AMERICA * | |

### UNITED STATES' MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSE TO PETITIONER'S MOTION UNDER 28 U.S.C. §2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

TO THE HONORABLE JUDGE OF SAID COURT:

The United States of America, Respondent herein, by and through Gregory A. Serres, United States Attorney for the Southern District of Texas, respectfully requests the Court for an enlargement of time. Specifically, Respondent seeks thirty (30) days in which to respond to Petitioner's Motion Under 28 U.S.C. §2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody which said response is due August 6, 2001.

In support of this request, the United States submits that the undersigned is currently hospitalized and will likely not return to work for at least a week. As such, the undersigned will need additional time in which to submit an answer.

The United States does not seek this extension to cause delay; the United States seeks this extension so that justice may be done.

### STATEMENT OF CONFERENCE

Because the Pro Se plaintiff is incarcerated in a federal prison, the undersigned is unable to contact him to find out his position as to the filing of this motion.

WHEREFORE, PREMISES CONSIDERED, the United States prays that the Court grant its request for an enlargement of time for an additional thirty (30) days in which to respond to Petitioner's motion.

Respectfully submitted,

GREGORY A. SERRES
UNITED STATES ATTORNEY

w/ permission

For: MARK M. DOWD
Assistant United States Attorney
600 E. Harrison St. #201
Brownsville, TX 78520
(956) 548-2554/Fax (956) 548-2711
State Bar No. 06070500
Federal I.D. No. 9314

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing United States' Motion for Enlargement of Time to File Response to Petitioner's Motion Under 28 U.S.C. §2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody was mailed via certified mail, return-receipt requested to Junior Cirilo Castro Rodriguez, Pro Se Petitioner, Prisoner No. 92269-079, Low Security Correctional Institution, Box 1000, White Deer, PA 17887-1000 on this the 30th day of JULY, 2001.

_____
For MARK M. DOWD
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUNIOR CIRILO CASTRO RODRIGUEZ | * | |
| | * | |
| vs. | * | CIVIL ACTION No. B-00-191 |
| | * | (Criminal Case No. B-00-004-02) |
| UNITED STATES OF AMERICA | * | |

### ORDER GRANTING UNITED STATES' MOTION FOR AN ENLARGEMENT OF TIME TO FILE RESPONSE

CAME ON to be heard the United States' motion for enlargement of time to file its response to Petitioner's Motion Under 28 U.S.C. §2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody and, after due consideration, this Court finds that said motion should be and is hereby **GRANTED**.

It is hereby ORDERED that the government's response be filed on _____.

DONE on this the \_\_\_ day of _____, 2001 in Brownsville, Texas.

_____
FELIX RECIO
United States Magistrate Judge