9

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas

AUG 0 6 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JUNIOR CIRILO CASTRO RODRIGUEZ | * | |
| | * | |
| vs. | * | CIVIL ACTION No. B-00-191 |
| | * | (Criminal Case No. B-00-004-02) |
| UNITED STATES OF AMERICA | * | |

## ORDER GRANTING UNITED STATES' MOTION FOR AN ENLARGEMENT OF TIME TO FILE RESPONSE

CAME ON to be heard the United States' motion for enlargement of time to file its response to Petitioner's Motion Under 28 U.S.C. §2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody and, after due consideration, this Court finds that said motion should be and is hereby **GRANTED**.

It is hereby ORDERED that the government's response be filed on 1 OSEPT 2001

DONE on this the 3 day of AUGUST, 2001 in Brownsville, Texas.

John Wm. Black
United States Magistrate Judge