# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

*United States District Court*
*Southern District of Texas*
*ENTERED*

SEP 1 1 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| JUNIOR CIRILO CASTRO-RODRIGUEZ * | |
| VS * | C.A. NO. B-00-004 |
| UNITED STATES OF AMERICA | C.A. (Cr. No. B-00-191) |

## ORDER

The above-styled and numbered 28 U.S.C. § 2255 cause of action has been set for an **evidentiary hearing** on October 25, 2001, at 2:00 p.m., to determine Petitioner's claim that he informed his attorney to file notice of direct appeal and his attorney failed to do so. Therefore, attorney Oscar De La Fuente is hereby appointed to represent the Petitioner at said hearing.

The Clerk is hereby **ORDERED** to issue a writ ad testificandum for the Petitioner's presence at said hearing.

The United States District Clerk's Office is hereby **ORDERED** to summon to the hearing the Petitioner's trial counsel, Mauro Barreiro, 3603 W. Alberta Road, Edinburg, Texas, 78539.

DONE at Brownsville, Texas, on 10th day of September 2001.

_____
Felix Recio
United States Magistrate Judge

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

**JUNIOR CIRILO CASTRO-RODRIGUEZ**         *
(Reg. No. 92269-079)

      VS                                    *         **C.A. NO. B-00-191**

UNITED STATES OF AMERICA           *         (Cr. No. B-00-004)

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO:   **Warden, LSCI Allenwood, White Deer, Pennsylvania**

United States Marshal, Southern District of Texas, or any other authorized United States Marshal GREETINGS:

We command that you have the body of **JUNIOR CIRILO CASTRO-RODRIGUEZ**, now duly committed to the custody of the Warden, **LSCI Allenwood, White Deer, Pennsylvania**, under safe and secure conduct before the United States District Court for the Southern District of Texas, Brownsville Division, at Brownsville, Texas, on **October 19, 2001**, to consult with his counsel and on **October 25, 2001, at 2:00 p.m.**, there and at that time to testify in the above-styled and numbered cause of action, and after having so testified and been duly discharged by the Court, to return the said **JUNIOR CIRILO CASTRO-RODRIGUEZ**, to the custody of the **Warden, LSCI Allenwood, Pennsylvania**, under safe and secure conduct, and have you then and there this Writ.

WITNESS the Honorable Felix Recio, United States Magistrate Judge, United States District Court for the Southern District of Texas, and the seal of the said Court at Brownsville, Texas, this 10th day of September 2001.

                                    Michael L. Milby, CLERK
                                    United States District Court
                                    Southern District of Texas

                        BY: _L. M. Villarreal_
                             (Deputy)

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

JUNIOR CIRILO CASTRO-RODRIGUEZ

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: ~~XXXXB-00-XXX~~
B-00-191

UNITED STATES OF AMERICA

TO: (Name and address of ~~defendant~~)

ATTORNEY MAURO BARREIRO
3603 W ALBERTA ROAD
EDINBURG TEXAS 78539

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JUNIOR CIRILO CASTRO-RODRIGUEZ
C/O  U S DISTRICT CLERK
600  EAST HARRISON ROOM 101
BROWNSVILLE TEXAS  78520

~~an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.~~

TO BE PRESENT AT EVIDENTIARY HEARING ON OCTOBER 25, 2001 at 2PM
AT JUDGE FELIX RECIO COURTROOM.

MICHAEL M MILBY                                    SEPTEMBER 11, 2001
CLERK                                              DATE

(BY) DEPUTY CLERK   OLIVIA GUTIERREZ