| | | | |
|---|---|---|---|
| CJA 20 APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL (Rev 5/99) | | | |
| 1. CIR./DIST / DIV. CODE<br>TXS BR | 2 PERSON REPRESENTED<br>JUNIOR CIRILO CASTRO-RODRIGUEZ | | VOUCHER NUMBER |
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER<br>1:00CV191 | 5 APPEALS DKT./DEF. NUMBER | 6. OTHER DKT NUMBER<br>CAB-00-191 |
| 7 IN CASE/MATTER OF (Case Name)<br>CASTRO-RODRIGUEZ<br>vs USA | 8. PAYMENT CATEGORY<br>☐ Felony   ☐ Petty Offense<br>☐ Misdemeanor  ☒ Other 28/2255<br>☐ Appeal | 9 TYPE PERSON REPRESENTED<br>☒ Adult Defendant   ☐ Appellant<br>☐ Juvenile Defendant  ☐ Appellee<br>☐ Other | 10. REPRESENTATION TYPE<br>(See Instructions)<br>MA |
| 11 OFFENSE(S) CHARGED (Cite U S Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense<br>21 USC 846 and 841(a)(1) | | | |

12 ATTORNEY'S NAME (First Name, M.I., Last Name, including any suffix),
AND MAILING ADDRESS
Oscar De La Fuente
Attorney at Law
Rio Grande Law Center
501 E. Tyler
Harlingen, TX 78550

Telephone Number    956/425-8683

13 COURT ORDER
☒ O  Appointing Counsel                 ☐ C  Co-Counsel
☐ F  Subs For Federal Defender   ☐ R  Subs For Retained Attorney
☐ P  Subs For Panel Attorney       ☐ Y  Standby Counsel

Prior Attorney's _____
Appointment _____

☐ Because the above-named person represented has testified under oath or has satisfied this Court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 12 is appointed to represent this person in this case, OR
☐ Other (See Instructions)

/s/ _____
Signature of Presiding Judicial Officer or By Order of the Court

09/10/01
Date of Order    Nunc Pro Tunc Date

Repayment or partial repayment ordered from the person represented for this service at appointment    ☐ YES   ☐ NO

14. NAME AND MAILING ADDRESS OF LAW FIRM (Only provide per instructions)

United States District Court
Southern District of Texas
FILED
SEP 10 2001
Michael N. Milby
Clerk of Court

| CATEGORIES (Attach itemization of services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH. ADJUSTED HOURS | MATH/TECH. ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|
| 15. a. Arraignment and/or Plea | | | | | |
| b. Bail and Detention Hearings | | | | | |
| c. Motion Hearings | | | | | |
| d. Trial | | | | | |
| e. Sentencing Hearings | | | | | |
| f. Revocation Hearings | | | | | |
| g. Appeals Court | | | | | |
| h. Other (Specify on additional sheets) | | | | | |
| (RATE PER HOUR = $          ) TOTALS: | | | | | |
| 16. a. Interviews and Conferences | | | | | |
| b. Obtaining and reviewing records | | | | | |
| c. Legal research and brief writing | | | | | |
| d. Travel time | | | | | |
| e. Investigative and other work (Specify on additional sheets) | | | | | |
| (RATE PER HOUR = $          ) TOTALS: | | | | | |
| 17. Travel Expenses (lodging, parking, meals, mileage, etc) | | | | | |
| 18. Other Expenses (other than expert, transcripts, etc.) | | | | | |

| 19 CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE<br>FROM: _____ TO: _____ | 20. APPOINTMENT TERMINATION DATE<br>IF OTHER THAN CASE COMPLETION | 21. CASE DISPOSITION |
|---|---|---|

22 CLAIM STATUS   ☐ Final Payment   ☐ Interim Payment Number _____   ☐ Supplemental Payment
Have you previously applied to the court for compensation and/or reimbursement for this   ☐ YES  ☐ NO   If yes, were you paid?  ☐ YES  ☐ NO
Other than from the Court, have you, or to your knowledge has anyone else, received payment (compensation or anything of value) from any other source in connection with this representation?  ☐ YES  ☐ NO   If yes, give details on additional sheets
I swear or affirm the truth or correctness of the above statements.
Signature of Attorney _____    Date _____

| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMT. APPR./CERT. |
|---|---|---|---|---|
| 28 SIGNATURE OF THE PRESIDING JUDICIAL OFFICER | | | DATE | 28a JUDGE/MAG. JUDGE CODE |
| 29 IN COURT COMP | 30 OUT OF COURT COMP | 31 TRAVEL EXPENSES | 32 OTHER EXPENSES | 33 TOTAL AMT. APPROVED |
| 34 SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) Payment approved in excess of the statutory threshold amount. | | | DATE | 34a JUDGE CODE |