UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 2 0 2001

Michael N. Milby
Clerk of Court

13

| | | |
|---|---|---|
| **JUNIOR CIRILO CASTRO-RODRIGUEZ** (Reg. No. 92269-079) | * | |
| VS | * | C.A. NO. B-00-191 |
| UNITED STATES OF AMERICA | * | (Cr. No. B-00-004) |

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO:　**Warden, LSCI Allenwood, White Deer, Pennsylvania**

United States Marshal, Southern District of Texas, or any other authorized United States Marshal GREETINGS:

We command that you have the body of **JUNIOR CIRILO CASTRO-RODRIGUEZ**, now duly committed to the custody of the Warden, **LSCI Allenwood, White Deer, Pennsylvania**, under safe and secure conduct before the United States District Court for the Southern District of Texas, Brownsville Division, at Brownsville, Texas, on **October 19, 2001**, to consult with his counsel and on **October 25, 2001, at 2:00 p.m.**, there and at that time to testify in the above-styled and numbered cause of action, and after having so testified and been duly discharged by the Court, to return the said **JUNIOR CIRILO CASTRO-RODRIGUEZ**, to the custody of the **Warden, LSCI Allenwood, Pennsylvania**, under safe and secure conduct, and have you then and there this Writ.

WITNESS the Honorable Felix Recio, United States Magistrate Judge, United States District Court for the Southern District of Texas, and the seal of the said Court at Brownsville, Texas, this 10th day of September 2001.

/14/01: This writ is being returned
back unexecuted due to the
following. Petitioner is in
Federal Custody and a USA-475
form writ is required.

/s/ Robert Cervantes
SDUSM

Michael L. Milby, CLERK
United States District Court
Southern District of Texas

BY: /s/ L.M. Villarreal
　　　(Deputy)