AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

CA B-00-191

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 09/17/01 |
| NAME OF SERVER (PRINT) Daniel Flows | TITLE Deputy U.S. Marshal |

Check one box below to indicate appropriate method of service

[✓] Served personally upon the defendant. Place where served: Bentsen Tower, McAllen, TX

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

United States District Court
Southern District of Texas
FILED

OCT 0 3 2001

Michael N. Milby
Clerk of Court

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0 | $45.00 | $45.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  09/17/01
Date

Signature of Server

1701 W. Bus. 83 #835, McAllen, TX 78501
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.