/5

```
COURTROOM MINUTES: Felix Recio Judge Presiding
                   Southern District of Texas, Brownsville Division

Courtroom Clerk  :    M Garcia
Court Reporter   :    Tracie Williams
Interpreter      :    Sandra Cortez
CSO              :    Davidson
Date             :    October 25, 2001 at 2:00 pm
```

United States District Court
Sou..........
Filed

OCT 25 2001

Michael N. Milby, Clerk of Court

---------------------------------------------------------------

CASE CA NO. B-00-191 (HGT)
Junior Cirilo Castro-Rodriguez                 Oscar De La Fuente

vs

United States of America                       Mark M Dowd

---------------------------------------------------------------

## EVIDENTIARY HEARING

Plaintiff present with attorney Oscar de la Fuente; Mark M Dowd present for the AUSA;

Court indicates counsel will address only the ineffectiveness of counsel;

Pf's atty calls first witness Mr Castro-Rodriguez;
Witness sworn and proceeds to state the facts;
Witness states his attorney then was Mauro Barreiro;

Court admits Pf's exhibit #1 (letter Pf sent to his atty);
Court admits Pf's exhibit #2 (letter Pf sent to the Court and copy of that letter sent to his atty);

Castro-Rodriguez states to the Court he wishes to proceed with his appeal;

Mark Dowd proceeds to cross-examine Castro-Rodriguez;

Court admits Deft's exhibit #1 and #2;

Witness passed;

Pf's atty calls 2nd witness, Mauro Barreiro;
Witness sworn;
Witness states his recollection is poor as to Castro-Rodriguez and his request for appeal;
Witness passed and Mark Dowd proceeds to cross-examine witness;

Witness passed;

The Court admits Deft's exhibit #3;

Closing arguments made by counsel;

The Court will take this under advisement before a Report and Recommendation is sent to the District Judge;

The deft remanded to the custody of the USM.