AO 187 (Rev. 7/87) Exhibit and Witness List

United States District Court
Southern District of Texas
FILED
OCT 25 2001
Michael N. Milby, Clerk of Court

# United States District Court

SOUTHERN DISTRICT OF TEXAS

JUNIOR CIRILO CASTRO-RODRIGUEZ
V.
UNITED STATES OF AMERICA

## EXHIBIT AND WITNESS LIST

CASE NUMBER: CA B00-191 (Cr B00-4)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Felix Recio | Oscar De La Funete | Mark M Dowed |
| DATE(S) hearing Oct 25, 2001 | COURT REPORTER Tracie Williams | COURTROOM DEPUTY Sally Garcia |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 10/25/01 | x | x | Letter from CASTRO-RODRIGUEZ to Attorney Barriero, dated 10/1 |
| 2 | | 10/25/01 | x | x | Letter from CASTRO-RODRIGUEZ to Clerk, dated 11/8/2000 |
| | 1 | 10/25/01 | x | x | Waiver of Appeal Form |
| | 2 | 10/25/01 | x | x | Letter from Attorney Barreiro's Office to CASTRO-RODRIGUEZ |
| | 3 | 10/25/01 | x | x | Unsigned letter from AUSA Dowd to CASTRO-RODRIGUEZ |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size

Page 1 of 1 Pages